UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANCES CONSETTA RANDALL,

    Plaintiff,

v.

    Case No. 20-cv-12144
    Hon. Matthew F. Leitman

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

For the reasons stated in the order issued on this date, it is **ORDERED** and **ADJUDGED** that:

- Plaintiff's Motion for Summary Judgment is **GRANTED IN PART AND DENIED IN PART**;

- Defendant's Motion for Summary Judgment is **GRANTED IN PART AND DENIED IN PART**; and

- This action is **REMANDED** to the Commissioner of Social Security for further administrative proceedings.

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: March 9, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 9, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126